(1)

4-15-22

Jeffrey D Hill, Demandant          :    US District Court - M Pa
   vs.                              :    **4: CV 22-556**
Doug Mastriano, Respondent         :    (Expedited Disposition Requested)

## WRIT of QUO WARRANTO/PROHIBITION/ MANDAMUS/ERROR - DISQUALIFICATION from BALLOT & PUBLIC OFFICE (PETITION for DISQUALIFICATION)

Pursuant to Amendment 14, Section 3 - Pa Constitution, Pennsylvania state senator Doug Mastriano, should be barred from running for Pennsylvania governor in 2022 for violating his solemnly-swore oath of public office & failing to support the Constitution of the United States having engaged in the 1-6-21 insurrection against the same & subversive activities leading up to the 1-6-21 political violence at the Capitol in Washington, DC incited by President Donald J. Trump that injured 140 Capitol police & Metro police + killed 5 police officers.

FILED
WILLIAMSPORT
APR 15 2022
PER _____ DEPUTY CLERK

## AFFIDAVIT in SUPPORT

I, Jeffrey D Hill, do solemnly swear under the penalty of perjury pursuant to 28 USC § 1746 & 18 PaCSA § 4904 that the following statements are true & correct ~~____~~ to the best of my knowledge & belief:

① Pa state senator Doug Mastriano had buses chartered at his expense to transport state residents to Washington, DC to attend a pro-Trump STOP the STEAL political rally on 1-6-21 after Trump lost the 2020 presidential election in which Trump knew from his inner circle that there was no fraud. Many of the state residents transported to DC on 1-6-21 by Mastriano were indicted for rioting + insurrection + sedition.

② Mastriano & his wife were photographed at the Capitol in DC on 1-6-21 as rioters were breaching police barriers at the main capitol steps contrary to his denials.

③ Mastriano organized an exclusively-Republican, private, secretive phone or video conference with Trump in Gettysburg after Trump had lost the 2020 election for a STOP the STEAL sales seminar centered around Trump's BIG LIE in November 2020.

④ Mastriano lied about his presence at the 1-6-21 insurrectionist riot at the Capitol in DC + that of his wife, a fact ascertained by Sedition Hunters + the photo documentation of the northeast barrier breach video of the Capitol steps.

⑤ Mastriano was with insurrectionist Rick Saccone when Saccone encouraged fellow insurrectionists to storm the Capitol + "run out all the evil people" + RINOs that don't support Trump.

⑥ Mastriano posed for photo with Trump extremist Samuel Lazar who was wanted by the FBI for participating in the 1-6-21 Capitol riot + spraying Capitol police with chemical irritants + bragging about it.

⑦ He went to the White House to met with Trump at the Oval Office with a Republican legislative delegation to discuss overturning the 2020 election after Biden was certified the winner.

⑧ He considers far-right extremist groups like the Oath Keepers, Proud Boys, + militias as patriots rather than domestic enemies of the country + terrorist organizations as well as insurrectionists, seditionists, + traitors.

⑨ He is one of the most zealous promoters of Trump's BIG LIE + the leader of the Trump loyalists in the Trump cult in violation of his solemnly-sworn oath of public office. He still promotes Trump's discredited BIG LIE.

⑩ Mastriano is a QAnon conspiracy theorist, something he revealed on the Patriot's Soapbox livestream, + QAnon has been deemed as a threat to national security as an extremist group worshipping Trump + admiring Putin.

⑪ He assisted Trump in the promotion of his Big Lie inciting Trump supporters + transporting them to DC on buses he chartered for the pre-planned 1-6-21


violent, seditious, insurrectionist attacks on the Capitol which was part of a pre-meditated, treasonous attempt to subvert the fair election of Joseph Biden to the US presidency + peaceful, constitutional transfer of power + install Trump in a 2nd term against the wishes of 80 million voters + in violation of The Constitution.

12) Mastriano participated in the Trump-Eastman conspiracy to nullify the electoral college electors + replace them with Trump electors in 7 swing states that included Pennsylvania, Michigan, Wisconsin, Arizona, Georgia, Nevada, + New Mexico (PA + NM added a caveat to their falsified electoral documents).

13) Mastriano acted in concert with Trump + his minions in furtherance of Trump's desperate multi-pronged schemes to stay in the presidency illegally to avoid potential criminal prosecutions + prison + was active in the grooming of seditious insurrectionists that violently broke into the Capitol to disrupt the Electoral College vote counting process.

SPECIAL RELIEF REQUEST

Extradited Disposition due to November 2022 General Election

Jeffrey D. Hill - *Jeffrey D Hill*
306 South Washington Street
Muncy, Pa. 17756
4-15-22

# JUDICIAL NOTICE

**Amendment 14, Section 3 - US Constitution - DISQUALIFICATION CLAUSE**

"No Person SHALL be a Senator or Representative in Congress or elector of President or hold any office, civil or military, under the United States, or under any state, who, having previously taken an oath, as member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support the Constitution of the United States, SHALL have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such Disability."

Sinclair Lewis said, "When fascism comes to America, it will be wrapped in the Flag & carrying the cross."

Samuel Johnson said, "Patriotism is the last Refuge of Scoundrels." (4-7-1775)