4-22-22

Jeffrey D. Hell, Petitioner
vs.
Doug Mastriano, Respondent

US District Court - MD Pa
4-22-566, MD Pa.

APR 25 2022
PER _____ DEPUTY CLERK

①

## PETITIONER'S OBJECTIONS & OPPOSITION to UNDATED, UNSIGNED by MOVANT & MOVANT'S LAWYER, & UNVERIFIED TYPED "MOTION of NON-PARTY CALVIN CLEMENS, TO INTERVENE AS PLAINTIFFS," "MEMORANDUM of LAW in SUPPORT of MOTION of NON-PARTY CALVIN CLEMENS, TO INTERVENE AS PLAINTIFFS," "VERIFICATION," & "CERTIFICATE of SERVICE"

① I, Jeffrey D. Hell, am the plaintiff listed in the caption above.

② I will be subjected to death threats, harassment, vandalism, intimidation, violence over this 4-15-22 Petition for Disqualification in the above-captioned matter, not DVM-retired & Democratic politician candidate Calvin C. Clemens of 25 Country Lane, Palmyra, Pa. 17078-1914, age 70 or 71.

③ Movant's lawyer, Rich Raiders of Lebanon, Pa., erroneously listed my zip code as 17522 which is Ephrata, NOT Muncy which is 17756 (SEE his, cover letter).

④ DVM Calvin Clemens is not a "Plaintiffs"

⑤ DVM Clemens can file his own Petition for Disqualification of Pa state senator Doug Mastriano from the Pa gubernatorial race at the US District courthouse in Harrisburg through his lawyer Rich Raiders of Lebanon & litigate it there.

⑥ Clemens' lawyer Rich Raiders' UNDATED, UNSIGNED, & UNVERIFIED pleadings are defective

⑦ Clemens' lawyer Rich Raiders wants to violate my 1st Amendment Constitutional Rights to Petition the court for the Redress of Grievances, to Due Process, to Equal Protection in this matter —

(Memorandum of Law, Section 2 - Timely notion)

On p. 4 at the 1st paragraph, Clemens' Lawyer Rich Raiders has the unmitigated audacity to suggest that because I am a pro se litigant I should be omitted from this matter I filed on 4-15-22 like the Good Ole Boys' network has always operated + was employed by Lawyer Raiders' from Lebanon fellow shyster Lebanon County senior visiting judge G. Thomas Gates that resulted in Gates' systemic reversals + remands of his hatchet jobs (SEE Hill v. Thorne, 635 A2d 186-191 (Pa Super, 1993) WITH Com v. Hill, 566 A2d 252-253 (Pa, 1989); 631 A2d 213 (Pa Super, 1993) WITH Com v. Hill, 632 A2d 928-930 (Pa Super, 1993), 643 A2d 704 (Pa Super, 1994); 668 A2d 1191 (Pa Super, 1995) WITH Hill v. Protasio II, 12-10-92 Deliberate Legal Malpractice Lycoming Co. # 89-01504 Jury Conviction FOR STARTERS).

Raiders writes, "Allowing the instant permissive intervention may actually streamline the court's process in this matter,
★ AS THE PLAINTIFF IS APPEARING PRO SE AND THE
★ ADDITION OF A REPRESENTED PLAINTIFF MAY ALLOW THE
★ MATTER TO BE ADJUDICATED BETWEEN COUNSEL TO THE
★ MIDDLE DISTRICT." This is an unwritten Rule of Kangaroo Kourt + an Egregious Constitutional law violation by another shameless Lebanon County shyster like Gates (SEE Hill v. Thorne, 635 A2d 186-191 (Pa Super, 1993) at 188, 1st column, last ¶).

⑧ I filed this matter in Williamsport's US District courthouse, + that's where I intend to litigate it. (It's a slam dunk!)

SWORN —
Jeffrey D Hill — Jeffrey D Hill
306 South Washington Street, Muncy, Pa. 17756    4-22-22

★ This ISN'T a PLEA BARGAIN situation! ★ It's UNCONDITIONAL SURRENDER!